AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| CHILDREN'S HEALTH DEFENSE, et. al., | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No.   23-cv-04228 |
| THE CITY OF PHILADELPHIA et al | ) |  |
| *Defendant* | ) |  |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   THE CITY OF PHILADELPHIA

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   11/06/2023

DocuSigned by:
*Renee Garcia*
—DE19890BE983446...
Renee M. Garcia, Esq.
**Address:** City of Philadelphia Law Department
1515 Arch Street, 17th Floor
Philadelphia, PA  19102
**Tel:**  215-683-5038
**Email:**  renee.garcia@phila.gov

*Tricia Lindsay*
*Signature of the attorney or unrepresented party*

Tricia S. Lindsay, Esq.
*Printed name*
Law Offices of Tricia S. Lindsay, PC
531 E. Lincoln Ave., Ste. 5B
Mount Vernon, NY 10552
*Address*

tricialindsaylaw@gmail.com;attorney@tricialindsaylaw.
*E-mail address*

(347)386-4604; (914) 668-4908
*Telephone number*

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 9E269E7665F04749B47A9B42BFE18905 | | Status: Completed |
| Subject: Complete with DocuSign: Notice_Lawsuit_Req._Waive Svce._Summ.11-06-2023.pdf | | |
| Source Envelope: | | |
| Document Pages: 1 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 3 | Initials: 0 | City of Philadelphia - Solicitors Executive Team |
| AutoNav: Enabled | | 1234 Market Street |
| EnvelopeId Stamping: Enabled | | Suite 1800 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | Philadelphia, PA  19107 |
| | | SolicitorsExecTeam@phila.gov |
| | | IP Address: 170.115.248.8 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>             11/10/2023 9:37:58 AM | Holder: City of Philadelphia - Solicitors Executive Team<br>                SolicitorsExecTeam@phila.gov | Location: DocuSign |
| Security Appliance Status: Connected | Pool: StateLocal | |
| Storage Appliance Status: Connected | Pool: City of Philadelphia - PS Contracts | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Renee Garcia<br>Renee.Garcia@phila.gov<br>Security Level: Email, Account Authentication (None) | *Renee Garcia*<br>DE19890BE983446...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.198.11.106<br>Signed using mobile | Sent: 11/10/2023 9:39:01 AM<br>Viewed: 11/10/2023 9:39:59 AM<br>Signed: 11/10/2023 9:40:18 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/10/2023 9:39:59 AM<br>    ID: 679e3590-f913-4208-bfc5-57c4a683a2a1 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Marta<br>Marta.Sanchez@phila.gov<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 11/10/2023 9:39:01 AM<br>Viewed: 11/10/2023 9:41:39 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 10/30/2023 10:46:56 AM<br>    ID: 456fd0ca-8ed8-4698-9b28-10dcd07776d9 | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/10/2023 9:39:01 AM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Certified Delivered | Security Checked | 11/10/2023 9:39:59 AM |
| Signing Complete | Security Checked | 11/10/2023 9:40:18 AM |
| Completed | Security Checked | 11/10/2023 9:40:18 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

This Electronic Records and Signature Disclosure is provided by the City of Philadelphia in connection with a pending electronic transaction. Any party proceeding with such electronic transaction is deemed to have consented i) to conduct the transaction by electronic means; and ii) where execution of an agreement is required, to the use of electronic signatures using the method provided in the agreement. Questions regarding this Electronic Records and Signature Disclosure should be addressed to econtractphilly@phila.gov.