UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, a California Nonprofit corporation,<br><br>COMFORT GEOFFREY, individually and as parent and legal guardian of S.G., W.G., minor children,<br><br>LEONARD ROBERTS, individually and as parent and legal guardian of A.R., a minor child,<br><br>MARIA PARRILLO, individually, and as parent and legal guardian of I.P., a minor child,<br><br>JENNIFER MORRISSEY, individually and as parent and legal guardian of G.M., a minor child,<br><br>DENISE SEDJIAN, individually and as parent and legal guardian of K.C., B.C., and B.C., minor children,<br><br>MARIA HUBER, individually and as parent and legal guardian of C.H., and E.H., minor children, and<br><br>JESSICA ZARECZKY, individually and as parent and legal guardian of L.B., minor child,<br><br>Plaintiffs,<br>v.<br><br>THE CITY OF PHILADELPHIA, THE CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH, AND CHERYL BETTIGOLE, M.D., M.P.H., in her official capacity as Health Commissioner for the City of Philadelphia Department of Public Health<br><br>Defendants. | Case No. 23-cv-04228 HB<br><br>PROOF OF SERVICE OF SUMMONS |

1

# DECLARATION OF COMPLETION OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS TO THE CITY OF PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH (C/O LAW DEPT.)

I, Ray L. Flores II, hereby declare as follows:

1. I am an attorney of record in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge. If called as a witness, I would be able to testify to the facts herein stated.

2. On November 8, 2023, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I sent via FedEx tracking number 786099905544 to the City of Philadelphia Public Health Department a copy of the Summons, Complaint, Exhibits, Judge Harvey Bartle III's Standing Order in Civil Cases, and Notice of Right to Consent to Trial Before a United States Magistrate Judge.

3. On November 10, I retrieved the attached FedEx proof-of-delivery for tracking number 786099905544 exhibiting completion of service (Attachment 1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

RAY L. FLORES II

Dated: 11-10-23



November 10, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 786099905544

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature release on file | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | PHILADELPHIA, PA, |
| | | **Delivery date:** | Nov 10, 2023 11:02 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 786099905544 | **Ship Date:** | Nov 8, 2023 |
| | | **Weight:** | 3.0 LB/1.36 KG |
| **Recipient:** | | **Shipper:** | |
| PHILADELPHIA, PA, US, | | ENCINITAS, CA, US, | |

| | |
|---|---|
| **Reference** | Ray FLORES II, ESQ |
| **Invoice** | PKG ID: 171711 |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

# ATTACHMENT 1

Thank you for choosing FedEx