```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHILDREN'S HEALTH DEFENSE, et  :    CIVIL ACTION
al.                            :
                               :
          v.                   :
                               :    NO. 23-4228
THE CITY OF PHILADELPHIA, et   :
al.                            :
```

ORDER

AND NOW, this 7th day of February 2024, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion to dismiss of defendants City of Philadelphia, Philadelphia Department of Public Health, and Commissioner of the Department of Public Health, Cheryl Bettigole, M.D., M.P.H., in her official capacity (Doc. # 16) is GRANTED for lack of subject matter jurisdiction.

BY THE COURT:

/s/  Harvey Bartle III
_____
                    J.